IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:20-cv-00636-M

TODD RADER,            )
                       )
         Plaintiff,    )
                       )
v.                     )          **ORDER**
                       )
UNITED STATES OF AMERICA, )
                       )
         Defendant.    )

This matter comes before the court on Defendant's consent motion seeking to stay discovery pending the court's resolution of the parties' dispositive motions. [DE-17] For good cause shown, Defendant's motion is GRANTED. Discovery is hereby STAYED pending resolution of [DE-10] and [DE-13].

SO ORDERED this the __22d__ day of __January__, 2021.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

1